# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Vincent Clancy II,

    Plaintiff,

v.                                CASE NO.: 1:23-CV-00921

Adecco USA, Inc.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, VINCENT CLANCY II, and Defendant, ADECCO USA, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby give notice that the above-captioned action is dismissed. Each party shall bear his or its own attorneys' fees and costs.

DATED this 31st day of October, 2023.

Vincent Clancy II

*/s/ Vincent Clancy II*

330 11th St. E
Apt 4204
Bradenton, FL 34208
*Pro Se*

GORDON & REES SCULLY
MANSUKHANI, LLP

By:  /s/ Cara Swindlehurst
Cara Swindlehurst (P79953)
GORDON & REES SCULLY
MANSUKHANI, LLP
37000 Woodward Avenue
Bloomfield Hills, MI 48304
(313) 426 9815
cswindlehurst@grsm.com
Attorneys for Adecco USA, Inc.